# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse, NY

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

**Lisa Peebles,**
**Federal Public Defender**

**Respond to Albany Office**

Albany, NY

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

**Anne LeFex,**
**First Assistant**

August 22, 2025

Hon. Daniel J. Stewart, U.S. Magistrate Judge
U.S. District Court, N.D.N.Y.
James T. Foley Federal Courthouse
447 Broadway
Albany, NY 12207

**Re:**   **United States v. Jael Watts**
            **Case No. 1:25-mj-00211-DJS**

Dear Judge Stewart:

I am writing to the Court to request a hearing regarding my representation of Ms. Watts. She has indicated to me she wishes to proceed *pro se*. Accordingly, on Ms. Watt's behalf, I respectfully ask the Court to schedule a proceeding at which the Court would conduct the appropriate inquiries of her to ensure she is knowing and intelligently waiving her right to appointed counsel and fully understands the significance and consequences of acting as her own counsel.
I ask that such a proceeding be conducted *ex parte* and *in camera* and that the record of the proceeding be sealed in the event there would be disclosure of matters covered by the attorney-client privilege and/or matters which otherwise might be confidential.

Very truly yours,

*/s/ Emma Reynolds*
Emma Reynolds
Assistant Federal Public Defender

cc: AUSA Michael Barnett (via ECF)